**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**             312-435-5670
**Clerk**

Date:             Case Number:

Case Title:             Judge:

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[     ].

☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [   ].

☐ Other:

**Corrective action taken by the Clerk:**

☐ The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been linked to the entry.

☐ The file date has been corrected.

☐ The text of the entry has been edited.

☐ The text of the entry has been edited to read, *Duplicate filing of document number [   ]*.

☐ Other:

**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

                                               Thomas G. Bruton, Clerk
                                               By: /s/
                                                    Deputy Clerk

Rev. 10/05/2016