# United States District Court
# Northern District of Illinois

In the Matter of

Jetro Holding, LLC.

v.

Tyson Foods, Inc., et al

District Judge Thomas M. Durkin

Case No. 18-CV-4000

Designated Magistrate Judge
Mary M. Rowland

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge John J. Tharp Jr. to be related to 16 C 8637 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*/s/ Thomas M. Durkin*

**Judge Thomas M. Durkin**

Date: Wednesday, June 20, 2018

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Thomas M. Durkin

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*/s/ Ruben Castillo*

**Chief Judge Ruben Castillo**

Dated: Wednesday, June 20, 2018

District Reassignment - Finding of Relatedness